No. 17-1016

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ART+COM INNOVATIONPOOL GMBH,

*Plaintiff-Appellant,*

v.

GOOGLE INC.,

*Defendant-Appellee*

On Appeal from the United States District Court
for the District of Delaware
Case No. 1:14-cv-00217

## NOTICE OF CORRECTION

Pursuant to Federal Circuit Rule 32 and Practice Notes, Defendant-Appellee Google Inc. hereby provides notice of corrections to its principal brief filed on March 13, 2017. The edits correct typographical errors in citations to the Appendix served on Google Inc. by Plaintiff Appellant ART+COM Innovationpool GmbH. The corrected pages are:

Page 14:

- Appx1178–1978 changed to Appx1778–1978

Page 16:

- Appx1295:7–1186:1 changed to Appx1295:7–1313:1

Page 31:

- Appx6381–82 changed to Appx6381–6382

Page 33:

- Appx6076, 6336 changed to Appx6076; Appx6336

Page 37:

- Appx1778–1997 changed to Appx1778–1978

Page 42:

- Appx1266–67 changed to Appx1266–1267

Page 45:

- Appx3532–33 changed to Appx3532–3533

                                            Respectfully submitted,

Dated: March 30, 2017             /s/ Daryl L. Joseffer
                                            Daryl L. Joseffer
                                            Joshua N. Mitchell
                                            KING & SPALDING LLP
                                            1700 Pennsylvania Ave., NW
                                            Washington, DC  20006
                                            Telephone:  (202) 737-0500
                                            Facsimile:  (202) 626-3737
                                            djoseffer@kslaw.com
                                            jmitchell@kslaw.com

# CERTIFICATE OF INTEREST

Counsel for Google Inc. certifies the following:

1. The full name of every party represented by me is Google Inc.

2. The name of the real party in interest is Google Inc.

3. Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL), has more than 10% ownership of Google Inc. No publicly held company owns 10% or more of Alphabet Inc.'s stock.

4. The names of all firms and the partners or associates that appeared for the parties now represented by me in the trial court or that are expected to appear in this Court are:

    AKIN GUMP STRAUSS HAUER & FELD LLP: Ashraf A. Fawzy; Cono A. Carrano; David C. Vondle

    O'MELVENY & MYERS LLP: Darin W. Snyder; David S. Almeling; Brett Williamson; John X. Zhu; Luann L. Simmons; Mark Liang; Mishima Alam

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP: Jack B. Blumenfeld; Paul Saindon

    KING & SPALDING LLP: Daryl L. Joseffer; Joshua N. Mitchell; Hon. Adam M. Conrad (no longer with the firm)

| | |
|---|---|
| March 30, 2017 | /s/ Daryl L. Joseffer<br>Daryl L. Joseffer |

# CERTIFICATE OF SERVICE

I certify that on March 30, 2017, I caused the foregoing notice of correction to be filed with the Court electronically using the CM/ECF system, which will send a notification to all counsel of record.

| | |
|---|---|
| March 30, 2017 | /s/ Daryl L. Joseffer<br>Daryl L. Joseffer |